**No. 40289.**—Protests 958919–G, etc., of Austin Nichols & Co., Inc., et al. (New York).

Opinion by FIRST DIVISION.—Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 3, 1939

**No. 40290.**—Protest 941982–G of M. Broverman & Son (New York).

Opinion by CLINE, J. The bristles were wrapped in small paper packages upon which appeared the legend "Origin Siberia U S S R." As the bristles themselves were not capable of being marked, the question for decision is whether or not the immediate containers were legally marked. *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) cited. The paper coverings were found to be the immediate containers. Abstract 39004 followed. The question arises as to whether or not the addition of "U S S R" to "Siberia" is sufficient information to indicate the country of origin. *Mitsui* v. *United States* (T. D. 49357) cited. As Siberia is a well-known name of a large subdivision of the country of origin, it was found to be a term which definitely indicates that country. *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) followed. The protest was therefore sustained. Abstracts 32638 and 34635 cited.

**No. 40291.**—Protest 924884–G of Wessel Duval & Co., Inc. (New York).

Opinion by CLINE, J. It appeared that the crab meat is the product of Korea or Chosen. On the authority of Abstract 39521 it was held that inasmuch as the crab meat was prepared and packed in Korea the immediate containers were not legally marked by the words "Product of Japan" and the protest was overruled.

**No. 40292.**—Protest 924882–G of E. Joseph, Inc. (New York).

Opinion by CLINE, J. The cases, which were the immediate containers of the hazel hens, were marked with the word "Siberia." This was held not to indicate the name of the country of origin and the protest was overruled. *Mitsui* v. *United States* (T. D. 49357), Abstract 39519, and *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) followed.

**No. 40293.**—Protest 956611–G of Andes Fruit & Produce Corporation (New York).

Opinion by CLINE, J. There was no appearance on the part of the plaintiff in this case. On the record presented the protest was overruled.